| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |



MAY 08 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00350 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION AND [PROPOSED]<br>) ORDER APPOINTING COUNSEL |
| BRIAN KEITH MURPHY, | ) |
| Defendant. | ) |

Defendant, Brian Keith Murphy, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for the purpose of seeking amendment of his conditions of supervised release.

Mr. Murphy initially had retained counsel and then appointed CJA panel counsel. He submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. On June 18, 2012, Mr. Murphy pled guilty to the single count Indictment, namely, 18 U.S.C. § 2252(a)(2) ~ Receipt of Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct (Doc. 36). On September 10, 2012, Mr. Murphy was sentenced to 97 months custody, $100 special assessment, and 180 months supervised release (Doc. 43). On November 19, 2018, a modification of the conditions of Mr. Murphy's supervision was approved by the court as recommended by Probation (Doc. 47).

//
/

After reviewing Mr. Murphy's Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him.

Dated: May 3, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 3, 2019

_____
HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF

_____ v. _____

FOR _____
AT _____

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

*Brian Keith Murphy*

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: X Single / Married / Widowed / Separated or Divorced
Total No. of Dependents: *self*
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
DESCRIPTION: *in transitional housing from VA*
TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Brian Keith Murphy*
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

*Completed by Frances Robles - Federal Defenders*

Date: 5/3/19